THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO URQUIDEZ MEDINA,<br><br>　　　　　　　　Defendant. | CASE NO. CR22-0170-JCC<br><br>ORDER |

　　　　This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 27). Having thoroughly considered the briefing and relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

　　　　Trial is currently scheduled for March 27, 2023. (Dkt. No. 23.) Defendant seeks a continuance, citing the need for counsel to review discovery, conduct any appropriate investigation, and prepare for trial. (Dkt. No. 27 at 1–2.) The Government does not oppose the request. (*Id* at 1.) The facts supporting a continuance include the nature of the prosecution, which involved a lengthy investigation, the volume of discovery, and the need for defense counsel to have an appropriate period to review discovery, consult with his client, prepare a defense, and explore possible resolutions to the case short of trial.

　　　　Having thoroughly considered the briefing and relevant record, the Court FINDS that the

ORDER
CR22-0170-JCC
PAGE - 1

ends of justice served by granting a continuance outweigh the best of interest of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The reasons for this finding are:

1. Failure to grant the continuance would make the continuation of this case impossible or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i);
2. Due to the factors stated above, the case is sufficiently unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself based on the current trial date. 18 U.S.C. § 3161(h)(7)(B)(ii).

It is hereby ORDERED:

1. Defendant's motion to continue trial (Dkt. No. 27) is GRANTED.
2. The current trial date is CONTINUED to August 7, 2023. Pretrial motions will be due July 14, 2023. The parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.
3. The time from the date of this order up to and including August 7, 2023 is an excludable period under 18 U.S.C. §§ 3161(h)(6) and (7)(A).

DATED this 21st day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE