THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO URQUIDEZ MEDINA,<br><br>  Defendant. | CASE NO. CR22-0170<br><br>ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 40.) Although there is a presumption in favor of public access to court records, a party may overcome that presumption by presenting facts showing that compelling reasons for keeping the filings sealed outweigh the public's interest in the filing. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The need to protect Defendant's privacy outweighs the public's interest in the filing.

Therefore, the Clerk is DIRECTED to maintain Docket Number 41 under seal.

ORDER
CR22-0170-JCC
PAGE - 1

DATED this 16th day of October 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk